In the Matter of the Claim of WILLIAM COX, Respondent, against CITY OF ROCHESTER, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 781.]

In the Matter of the Claim of MARIE TIERNAN, Respondent, against LEMAN W. POTTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion granted, and decision of this court, handed down January 16, 1953, is amended to provide that the costs be divided equally between the respondent, Workmen's Compensation Board and Francis E. O'Neill, attorney for claimant-respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 787.]